PAUL CALEO (SBN 153925)
pcaleo@grsm.com
MICHAEL KRUPPE (SBN 123026)
mkruppe@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
100 Pringle Avenue, Suite 300
Walnut Creek, CA 94596
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

*Attorneys for Defendant*
WALGREEN CO

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANJANETTE CALL,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO, et al<br><br>Defendants. | Case No.: 3:26-cv-00171-TSH<br><br>**JOINT STIPULATED REQUEST TO EXTEND LITIGATION DEADLINES ~~[PROPOSED]~~ ORDER THEREON**<br><br>Hon. Thomas S. Hixson<br>Courtroom E, 15th Floor<br><br>Complaint Filed: November 12, 2025<br>Trial: Not assigned yet |

Pursuant to Local Rules 6-1(b) and 7-12, as well as ADR Local Civil Rules, Plaintiff ANJANETTE CALL and Defendant WALGREEN CO having met and conferred with respect to the matters set forth herein, and hereby Stipulate as follows:

Whereas this case was referred to Early Neutral Evaluation ("ENE");

Whereas an ENE session was conducted by the Neutral;

Whereas while the case did not resolve, significant progress was made;

Whereas, the parties stipulate and agree that a fair amount of discovery remains to be scheduled and completed, which is expected to facilitate further settlement discussions and an intended private mediation;

Whereas, the parties believe their efforts to a successful resolution would benefit from their completing party and witness depositions, obtaining all medical records and having Plaintiff undergo a medical examination;

Gordon Rees Scully Mansukhani, LLP
100 Pringle Avenue, Suite 300
Walnut Creek, CA 94596

Whereas, due to existing calendar obligations new proposed dates have been included below that seek to avoid conflicts with other deadlines.

Whereas, the parties agree and stipulate that the pending litigation deadlines set in this case prior to the ENE conferences are no longer viable such that it is jointly requested that the following deadlines be extended to the extent that the Court's calendar will accommodate the proposed new deadlines.

The Court's presently set deadlines are set out below with the new proposed deadlines bolded below for each impacted deadline:

- Non-Expert Discovery Cut-Off: 10/15/2026
  - New date proposed **June 15, 2027**
- Initial Expert Disclosures: 11/12/2026
  - New date proposed **May 3, 2027**
- Rebuttal Expert Disclosures: 12/10/2026
  - New date proposed **May 10, 2027**
- Expert Discovery Cut-Off: Jan. 7, 2027
  - New date proposed **June 8, 2027**
- Deadline for Dispositive Motion Hearing: 2/4/2027
- Hearing on Dispositive Motions **-** 3/11/2027
- Exchange of Pretrial Disclosures **-** 5/12/2027
- Deadline to File Pretrial Documents **-** 5/27/2027
  - New Date proposed **June 8, 2027**
- Deadline to File Oppositions to Motions in Limine **-** 6/3/2027
  - New Date proposed **June 8, 2027**
- Pretrial Conference: 6/17/2027
- Jury Trial: 7/26/2027

Dated: November 11, 2026

LAW OFFICES OF NIGEL BURNS

/s/ Nigel Burns

By: ______________________________
Nigel Burns
Attorneys for Plaintiff ANJANETTE CALL

Dated: November 14, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: [signature]
Paul Caleo
Michael Kruppe
Attorneys for Defendant
WALGREEN CO

**ATTESTATION REGARDING SIGNATURES**

In accordance with L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories listed on the signature page.

Dated: Nov. 11, 2026

/s/ Michael Kruppe

Michael Kruppe

Gordon Rees Scully Mansukhani, LLP
100 Pringle Avenue, Suite 300
Walnut Creek, CA 94596

Gordon Rees Scully Mansukhani, LLP
100 Pringle Avenue, Suite 300
Walnut Creek, CA 94596

**ORDER**

The Court having reviewed the Parties' Stipulation and good cause appearing, orders as follows:

1. The current dates to complete litigation deadlines shall be continued to new dates as set forth below:

- Non-Expert Discovery Cut-Off: **June 15, 2027**
- Initial Expert Disclosures: **May 3, 2027**
- Rebuttal Expert Disclosures: **May 10, 2027**
- Expert Discovery Cut-Off: **June 8, 2027**
- Deadline to file Dispositive Motion: **Feb. 4, 2027**
- Hearing on Dispositive Motion: **March 11, 2027**
- Exchange of Pretrial Disclosures **- 5/12/2027**
- Deadline to File Pretrial Documents **- June 8, 2027**
- Deadline to File Oppositions to Motions in Limine – **June 8, 2027**
- Pretrial Conference: **June 17, 2027**
- Final Pretrial Conference**: July 15, 2027**
- Jury Trial: **July 26, 2027**

**IT IS SO ORDERED**

DATED:November 13, 2026

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE